**Dismissed and Memorandum Opinion filed May 2, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00595-CV

---

### LILLIAN GARRICK, Appellant

### V.

### MELVIN ANGELL & RETA ANGELL, Appellees

---

**On Appeal from the County Court at Law No. 1 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI64413**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed August 12, 2022. The clerk's record was filed September 22, 2022. No brief was filed.

On March 23, 2023, this court issued an order stating that unless appellant filed a brief on or before April 24, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.